UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 05-80810
Hon. Lawrence P. Zatkoff

RAMANDO WELLONS,

    Defendant.
    _____/

**ORDER ADJOURNING SUPERVISED RELEASE VIOLATION HEARING**

On December 12, 2006, Defendant was sentenced to 37 months imprisonment and three years supervised release. On August 15, 2012, the Court received from the U.S. Probation Office a Violation Report and Petition for Summons regarding Defendant. Therein, it is alleged that Defendant violated six conditions of his supervised release, all of which stem from his alleged possession of marijuana and a firearm and his failure to report such conduct to his probation officer.

Currently, a supervised release violation hearing is scheduled for October 25, 2012; however, the Court has received a request from Defendant (with the agreement of the Government) to adjourn that hearing because, in the state court case where Defendant is charged with criminal conduct *vis a vis* the marijuana and firearm described above, Defendant has filed a motion to suppress the evidence seized. The Court finds Defendant's request reasonable, provided that certain parameters are established for Defendant, as set forth below.

Accordingly, and for the reasons set forth above, the Court hereby ORDERS that the supervised release violation hearing is ADJOURNED from October 25, 2012, to December 11, 2012, at 10:00 a.m. IT IS FURTHER ORDERED that Defendant is now subject to zero-tolerance while he continues on bond and, in the event that Defendant is alleged to have engaged

in any additional conduct that would violate any condition of his supervised release, Defendant's bond shall be revoked immediately.

    IT IS SO ORDERED.

                                              S/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: October 23, 2012